

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00407-CV

**TRINITY MESA REAL ESTATE SERVICES, LLC** and Matthew Coale,
Appellant

v.

**SERVICE LIFE & CASUALTY INSURANCE COMPANY**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-05243
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice

Delivered and Filed: October 31, 2018

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellants filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP.

P. 42.1(a)(1). We order all costs assessed against appellants. *See id.* R. 42.1(d) (absent agreement

of parties, costs are taxed against appellant).

PER CURIAM